**RECEIVED**

MAR 11 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
☐ Eastern (Jackson)   DIVISION
☐ Western(Memphis) DIVISION

|  |  |
|---|---|
| Plaintiff, Shemia Blount ) ) ) ) ) vs. ) ) ) ) Services ) Defendant. Amazon.com LLC ) Amazon.com Inc | No. _____ |

**COMPLAINT**

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

 Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

 Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.    Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.    Plaintiff resides at:

4660 Whiteside Ave
STREET ADDRESS

Shelby , TN , 38109 , 901506-7418.
County    State    Zip Code    Telephone Number

4.    Defendant(s) resides at, or its business is located at:

191 Norfolk Rd
STREET ADDRESS

_____ , Byhalia , MS , _____.
County    City    State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

Booker Nelms
Heather Steele
Jasmine Jones       I would like for these people to be
Tamika              fired. They are not deffendants
Bianca
Tranicsha

5.    The address at which I sought employment or was employed by the defendant(s) is:

~~Address~~ ⟲⟳

2

STREET ADDRESS

Shelby _____, Memphis _____, TN _____, 38108 _____.
County        City              State            Zip Code

6.  The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐  Failure to hire

☑  Termination of my employment

☐  Failure to promote

☐  Failure to accommodate my disability

☐  Unequal terms and conditions of my employment

☑  Retaliation

☑  Other acts *(specify)*: Sexual harrassment  Emotional Distress

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.  It is my best recollection that the alleged discriminatory acts occurred on:
    June - August 2025 _____.
    Date(s)

8.  I believe that the defendant(s) *(check one)*:

    ☐  is still committing these acts against me.

    ☑  is **not** still committing these acts against me.

9.  Defendant(s) discriminated against me based on my:
    *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

☐ Race_____

☐ Color_____

☐ Gender/Sex_____

☐ Religion_____

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10. The facts of my case are as follows:

Constant retailiation from managers and employees causing hostile work environment. Ignored or discarded by HR Constant fear for my well being. Several people attempted to harm me. Bullying caused depression and break downs at work. Secked counseling. I was sexually harrased by an repeated offender due to negligiance/failure to hold presentations on how to avoid SA the entire duration of my employment. I was lied on and exiled leading to my termination of my employment 8-27-25

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.

11.    It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 12/17-25.

                                                                                  Date

**Only litigants alleging age discrimination must answer Question #13.**

13.    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☐    60 days or more have elapsed

☐    Less than 60 days have elapsed.

14.    The Equal Employment Opportunity Commission *(check one)*:

☐    has <u>not</u> issued a Right to Sue Letter.

☑    has issued a Right to Sue letter, which I **received** on 12-17-25.

                                                                                  Date

*NOTE:      This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.    Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.    I would like to have my case tried by a jury:

☐    Yes

☑    No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☑ order other equitable or injunctive relief as follows: Paid education Settlement money, Termination of employment

☐ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages 10 million

_____

SIGNATURE OF PLAINTIFF

Date: 3-11-2026

4560 Whiteside Ave
Address

(901)506-7418
Phone Number

6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

SHEMIA BLOUNT,
Plaintiff,

v.

AMAZON.COM SERVICES LLC
and
AMAZON.COM INC.,

Defendants.

Civil Action No: _____

**COMPLAINT**

1. Plaintiff Shemia Blount brings this action against Defendants for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964.
2. Plaintiff timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission and received a Notice of Right to Sue dated December 17, 2025.
3. This lawsuit is filed within ninety (90) days of Plaintiff's receipt of the Notice of Right to Sue.
4. Defendant Amazon.com Services LLC is an employer doing business in the State of Tennessee within the meaning of Title VII of the Civil Rights Act of 1964.
5. At all relevant times, Defendants employed Plaintiff and exercised control over the terms and conditions of Plaintiff's employment.
6. Defendants engaged in unlawful employment practices including discrimination and retaliation.
7. Plaintiff suffered damages including lost wages, emotional distress, and other harms.
8. Plaintiff has satisfied all administrative prerequisites required to bring this action.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Award damages and relief allowed by law;
b. Award costs and any other relief the Court deems just and proper.

Respectfully submitted,

Shemia Blount
4560 Whiteside Avenue
Memphis, TN 38109
901-506-7418
Miadb99@yahoo.com

Pro Se Plaintiff